# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. BETTEN, | Case No. 2:18-cv-00536-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant(s). | |

On April 30, 2018, Plaintiff paid the filing fee. Docket No. 4. Accordingly, the Clerk's Office is **INSTRUCTED** to issue the proposed summonses as appropriate and Plaintiff is **ORDERED** to effectuate service as required by Rule 4 of the Federal Rules of Civil Procedure. The order to show cause at Docket No. 3 is **DISCHARGED**.

IT IS SO ORDERED.

Dated: May 1, 2018

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE