# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT D. BETTEN,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:18-cv-00536-KJD-NJK

**Order**

Pending before the Court is an order to show cause why this case should not be dismissed for failing to effectuate service by the applicable deadline. Docket No. 9. Plaintiff has now responded that service was not completed due to an unspecified clerical error and an unspecified misunderstanding by Plaintiff's counsel. Docket No. 10. This is not the first time Plaintiff has failed to comply with clear deadlines in this case. *See* Docket No. 3. The Court hereby **ADMONISHES** Plaintiff and his attorneys (Jenna Barson and John Shook) for failing to comply with clear deadlines. **The Court expects strict compliance with deadlines moving forward and failure to do so may result in the imposition of sanctions, up to and including dismissal.**

The Court may exercise its discretion to extend the deadline to effectuate service even in the absence of good cause. *See In re Sheehan*, 253 F.3d 507, 512-13 (9th Cir. 2001). In this case, the Court will extend the deadline to effectuate service through August 20, 2018. A proof of service shall be filed by that date.

1

In all other respects, the order to show cause is hereby **DISCHARGED**.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
Nancy J. Koppe
United States Magistrate Judge