JOHN B. SHOOK, ESQ. No. 5499
JENNA BARSON, ESQ. No. 12690
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Fax: (702) 384-0394
Email: jshook@shookandstone.com;
jbarson@shookandstone.com
Attorneys for Plaintiff, ROBERT D. BETTEN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. BETTEN,<br><br>             Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>             Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2:18-cv-00536-KJD-NJK<br><br><br>**MOTION FOR LEAVE<br>TO WITHDRAW** |

NOW COMES the Plaintiff's counsel, Jenna Barson of the Law Offices of Shook & Stone, Chtd. ("Movant"), and pursuant to Local Rule 11-6, hereby requests leave of the Court to withdraw her appearance for Plaintiff, Robert D. Betten, from the entitled cause and in support thereof states as follows:

1.  Movant filed her appearance as co-counsel on behalf of Plaintiff on or about March 23, 2018;

2.  Movant is departing from the Law Offices of Shook & Stone, Chtd.;

3.  Plaintiff has been informed of Movant's departure and requests that the Law Offices of Shook & Stone, Chtd. continue to represent him in the above titled cause;

4.  Counsel for Defendant were all contacted via email on October 11, 2018 regarding Movant's impending withdrawal request;

1    5.  Plaintiff will continue to be represented by co-counsel, and lead attorney, John B.

2        Shook of the Law Offices of Shook & Stone, Chtd.;

3    6.  Movant makes this request for withdrawal in good faith and with the belief that this

4        withdrawal will not cause delay in the entitled case.

5    Accordingly, Movant requests that this Court grant her leave to withdraw as counsel for

6  Plaintiff, Robert D. Betten.

7
    DATED this 12th day of October, 2018.
8

9
                                              BY:    /s/ Jenna Barson_____
10                                                   Jenna Barson, Esq.
                                                     Attorney for Plaintiff
11

12

13

14

15   IT IS SO ORDERED.
     Dated:  October 15, 2018
16   .

17   .
     _____
18   Nancy J. Koppe
     United States Magistrate Judge
19

20

21

22

23

24

25

26

27

28