UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ROBERT D. BETTEN,

    Plaintiff(s),

v.

NANCY A. BERRYHILL,

    Defendant(s).

Case No.: 2:18-cv-00536-KJD-NJK

**ORDER**

The Court provides an extended briefing period to counsel in Social Security cases as a matter of course. *See* Docket No. 16 at 3-4. Pending before the Court is the Commissioner's unopposed motion to extend that briefing schedule by a whopping 45 additional days. Docket No. 23. The unopposed motion is premised on counsel being "out of the office unexpectedly,"[1] and that counsel has other cases on which she is focussed. The Court is cognizant of the difficulties in managing "competing workload demands," but it appears to have become a matter of routine for the Commissioner to point to such issues in seeking extensions.[2] This issue needs to be rectified, as the Court will not continue to indulge such requests *ad infinitum*.

---

[1] The unopposed motion identifies neither the reason nor the duration of that absence.

[2] To be clear, this is not an issue isolated to the attorney assigned to this case, and the Court is not impugning her through this order. Instead, this appears to be a common issue for the various attorneys who represent the Commissioner in this Court.

1

In the circumstances of this case, the Court will **GRANT** in part and **DENY** in part the unopposed motion. The deadline to respond to Plaintiff's motion to reverse or remand is **EXTENDED** by 30 days. As noted above, the Commissioner should not expect that the Court will grant future requests based on the apparent over-staffing of its attorneys. Within 7 days of the issuance of this order, counsel shall file a proof of service indicating that she has provided a copy of this order to Deborah Lee Stachel, Regional Chief Counsel, Region IX.

IT IS SO ORDERED.

Dated: December 6, 2018

_____
Nancy J. Koppe
United States Magistrate Judge