# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT D. BETTEN, | Case No.: 2:18-cv-00536-KJD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| ANDREW SAUL, | |
| Defendant(s). | |

Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: July 9, 2019

Nancy J. Koppe
United States Magistrate Judge

1